SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMIAL DIVISION-FELONY BRANCH

Exhibit (2)

GEORGE ADAMS
    Defendant

v.

UNITED STATES

This is number (4) four of the exculpatory testimony that was excluded in trial

Crim. Case. No. F-6136-95

## AFFIDAVIT OF JAMES (TINK) OWENS

I, James (Tink) Owens, having duly sworn, do hereby declare that the following is true to the best of my knowledge:

I state for the record, that I am not being threatende nor am I being persuaded nor seeking proceeds. I am doing this freely and willing on my own accord.

On July 22, 1995, (Saturday morning) between the hours of 8:00 am to 10:30 am, I was sitting in the cut of the projects (East Capitol Dwelling), which is located on 56th. place and Central Ave. S.E. Washington, D.C. Myself and other individuals were having a talk about the next event that the community was about to have, (cook out, father's day etc.). I was accompanied by the defendant George Adams (baybro), Robert (cowboy) Simms, Carl Clark, Nise Baskins, Nise Bradford, and a few other indivduals that I only know by face.

About 9:00 am Baybro (geroge Adams) walked to the top of the hill, which is about ten to fifteen yards, in eye view. He was tlaking to a woman name Jackie and a dude name Melvin jones. He talked for about ten minutes [10 minutes] to fifteen minutes [15 minutes] before he came back down the hill.

I will testify to this statement in open court.

The foregoing is true and correct to the best of my recollection under the penalty of perjury.

District of Columbia ss
Subscribed and sworn to before me, in my presence,
this ___ day of February, 2011
Matthew Hope
Notary Public, D.C.
My commission expires April 30, 2014

James Owens
James Owens-Affiant
2-2-11