## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GEORGE LEON ADAMS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-1945 (ESH) |
| **SCOTT MIDDLEBROOKS,** | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the motion to dismiss (Dkt. No. 11) the petition for writ of habeas corpus is **GRANTED**; and it is further

**ORDERED** that this civil action is **DISMISSED**.

**This is a final appealable order.** *See* **Fed. R. App. P. 4(a).**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: September 9, 2011