# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-5268**    **September Term 2011**

1:10-cv-01945-ESH

Filed On: October 13, 2011 [1335101]

George Leon Adams,

    Appellant

  v.

Scott A. Middlebrooks,

    Appellee

## O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
             Lynda M. Flippin
             Deputy Clerk