UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GEORGE LEON ADAMS,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | Civil Action No. 10-1945 (ESH) |
| **SCOTT MIDDLEBROOKS,** | ) ) ) | |
| Respondent. | ) ) | |

## ORDER

An Order by the United States Court of Appeals for the District of Columbia Circuit has referred to this Court for resolution in the first instance "the determination whether a certificate of appealability is warranted in this case." Order, *Adams v. Middlebrooks*, No. 11-5628 (D.C. Cir. Oct. 13, 2011). For the reasons stated in the Memorandum Opinion accompanying the Dismissal Order dated September 9, 2011, from which the petitioner appeals, the Court finds that the petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court determines that a certificate of appealability is not warranted. Therefore, it is hereby

**ORDERED** that a certificate of appealability be, and hereby is, **DENIED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: October 13, 2011