# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 11-5268

September Term 2011

1:10-cv-01945-ESH

Filed On: April 25, 2012

George Leon Adams,

        Appellant

v.

Scott A. Middlebrooks,

        Appellee

**BEFORE:** Garland, Brown, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion to appoint counsel; the motion to proceed in forma pauperis; the motion for certificate of appealability, the response thereto, and the reply and appendix thereto; and the motion to dismiss for lack of certificate of appealability; it is

**ORDERED** that the motion to dismiss be granted in part and the motion for a certificate of appealability be denied in part. A certificate of appealability is not warranted unless appellant makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see Slack v. McDonnel, 529 U.S. 473, 484 (2000). The district court properly dismissed for lack of jurisdiction appellant's claims of trial error and claims based upon ineffective assistance of trial counsel. See D.C. Code § 23-110(g). Appellant has not demonstrated that his remedy under D.C. Code § 23-110 is inadequate or ineffective with regard to these claims. See e.g., Blair-Bey, 151 F.3d at 1042-43; Garris v. Lindsay, 794 F.2d 722, 727 (D.C. Cir. 1986). In addition, the district court lacked jurisdiction to consider appellant's claim of "actual innocence." Ibrahim v. United States, 661 F.3d 1141, 1146 (D.C. Cir. 2011). Accordingly a certificate of appealability is not warranted with respect to these claims. It is

**FURTHER ORDERED**, on the court's own motion, that the record be remanded to the district court to address whether a certificate of appealability should be granted in light of appellant's claim that appellate counsel was ineffective in failing to argue on appeal that trial counsel erred by not presenting an alibi defense. See Petition for Writ

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 11-5268　　　　　　　　　　　　　　September Term 2011

of Habeas Corpus at 22; see generally Williams v. Martinez, 586 F.3d 995, 1001-02 (D.C. Cir. 2009). It is

**FURTHER ORDERED** that consideration of the motion to appoint counsel and the remaining aspects of the motion for a certificate of appealability and motion to dismiss be deferred pending further order of the court. It is

**FURTHER ORDERED** that the motion for leave to proceed in forma pauperis be dismissed as moot because the district court previously granted a motion for leave to proceed in forma pauperis filed in district court. See Fed. R. App. P. 24(a)(3); Blair-Bey v. Quick, 151 F.3d 1036, 1039-42 (D.C. Cir. 1998). It is

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court upon completion of the proceedings on remand.

**Per Curiam**