UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE LEON ADAMS, | ) |
| | ) |
|         Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 10-1945 (ESH) |
| | ) |
| SCOTT A. MIDDLEBROOKS, | ) |
| | ) |
|         Respondent. | ) |

**NOTICE TO THE COURT OF APPEALS**

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Such a showing may include a demonstration that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). The United States Court of Appeals for the District of Columbia Circuit has remanded this matter in order that this Court "address whether a certificate of appealability should be granted in light of [Adams'] claim that appellate counsel was ineffective in failing to argue on appeal that trial counsel erred by not presenting an alibi defense." *Adams v. Middlebrooks*, No. 11-5268 (D.C. Cir. filed Apr. 25, 2012) (Order).

Adams has no constitutional right to have had his appellate counsel raise every non-frivolous issue that he requests. *Jones v. Barnes,* 463 U.S. 745, 754 n.7 (1983). To show ineffective assistance of appellate counsel, Adams must demonstrate that counsel's performance not only was deficient, but also prejudiced his case such that there was "a reasonable probability

1

2

that but for [appellate] counsel's unprofessional errors, the result of the proceeding would have been different." *Strickland v. Washington,* 466 U.S. 668, 694 (1984).  Nothing in Adams' submissions, including his recently filed "Motion to Supplement Application for Certificate of Appealability" [ECF No. 31], shows that trial counsel's decision to forego an alibi defense, or appellate counsel's failure to raise this matter on appeal as a basis for reversal of the convictions, establishes "a probability sufficient to undermine confidence in the outcome" of the appeal.  *Id.* at 669.

Accordingly, the Court determines that a certificate of appealability should not be granted.  The Clerk of Court promptly shall transmit a copy of this Notice to the United States Court of Appeals for the District of Columbia Circuit.


DATE:  June 19, 2012

_____ /s/ _____
ELLEN SEGAL HUVELLE
United States District Judge